NO. 07-06-0379-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

OCTOBER 25, 2007

_____

DAWN GAYKEN, D.D.S.,

Appellant

V.

ANN D. EWTON, Individually and as Independent Executrix
of the Estate of MERLE CLEMENT EWTON, D.D.S., Deceased

Appellees

_____

FROM THE 284th DISTRICT COURT OF MONTGOMERY COUNTY;

NO. 01-02-00972-CV; HON. JOHN M. DELANEY, PRESIDING

_____

**ORDER OF ABATEMENT**

_____

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Dawn Gayken, D.D.S. (appellant) appeals the trial court's order granting a bill of review to appellee. This court has received notice from appellant's counsel that appellant has filed a voluntary petition as debtor under the United States Bankruptcy Code. Said notice included a faxed file-marked document from the United States Bankruptcy Court, Southern District of Texas, Houston Division. Pursuant to 11 U.S.C. § 362, any further action in this appeal is automatically stayed.

Under these circumstances, and for administrative purposes, this appeal is removed from the docket of this court and abated. The appeal will be reinstated upon proper motion showing that the stay has been lifted or that the court may otherwise proceed with the disposition of the cause.

Accordingly, the appeal is abated.


Per Curiam